**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01179-CR

**DERICK DEWAYNE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-01193W**

## ORDER

The Court **GRANTS** appellant's January 13, 2013 motions to supplement the reporter's record and motion to extend time to file appellant's brief.

We **ORDER** court reporter Darlene LaBar to file a supplemental reporter's record within **THIRTY DAYS** from the date of this order that contains the following: (1) transcript of hearing on August 6, 2012, and (2) transcript of hearing on motion for new trial on October 8, 2012.

We **ORDER** appellant to file the brief within **SIXTY DAYS** from the date of this order.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE